AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 14 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. EP-25-M-4496-RFC |
| | ) |
| | ) |
| Liliana LOPEZ-Coronel | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 13, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that aliens, have come to, entered, and remained in the United States in violation of the law, did transport, move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:00__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
*Complainant's signature*

Brenda A. Marrufo
*CBP Enforcement Officer*

Sworn to before me and signed in my presence.

Date: __August 14, 2025__

City and state: __El Paso, Texas__

_____
*Judge's signature*
Robert F. Castaneda
*United States Magistrate Judge*

## FACTS

On or about August 13, 2025, the DEFENDANT, Liliana LOPEZ-Coronel, a Legal Permanent Resident of the United States applied for admission via vehicle primary lane four (4) at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT was the driver of a gray in color Jeep Commander bearing Texas License plates. The DEFENDANT was accompanied by two other occupants in the vehicle. The DEFENDANT presented her I-551 Legal Permanent Resident (LPR) Card bearing her photograph and biographical information, an I-551 LPR Card on behalf of the front passenger whose initials are C.C.D.L., and a Texas Birth Certificate on behalf of a minor child in the back seat whose initials are J.J.G. The DEFENDANT identified the front passenger as her mother, the minor child as her nephew, and stated they were returning home to El Paso, Texas. The primary Customs and Border Protection Officer (CBPO) noticed that the minor child was sleeping and asked the DEFENDANT to wake up the minor child. The CBPO asked the minor child for his name, birthdate, and mother's name to which the minor child answered differently from what was listed on the birth certificate that was presented by the DEFENDANT. The DEFENDANT began to correct the minor and interrupt the primary officer's inspection by answering questions on the minor child's behalf. The DEFENDANT stated that she was the caregiver of the minor child's grandfather and had previously made entry into the United States with the minor child. At that point, the CBPO referred the vehicle to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT was served form I-214 Warning as to Rights (Spanish version) which she read, stated she understood, and waived her rights to legal representation. During an interview, the DEFENDANT stated she was asked by the minor child's mother to bring the minor child to El Paso, Texas. The DEFENDANT stated it was the second time she had seen the minor's mother but had never met the minor child before. The DEFENDANT then later admitted that she had knowledge that the minor child was undocumented and that the birth certificate she presented did not belong to the minor child.

Database queries revealed the minor is a Mexican National who does not have any legal documents with which to enter and/or reside in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

### CRIMINAL RECORD:

None

### IMMIGRATION RECORD:

The subject is an I-551 Legal Permanent Resident holder.